IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DENNIS NEAL CLARK, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-05-1285-C |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Respondent | ) | |

### O R D E R

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on November 8, 2005. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on November 18, 2005, Petitioner paid the $5.00 fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in part. Petitioner's request to proceed *in forma pauperis* is denied; but because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 19th day of December, 2005.

ROBIN J. CAUTHRON
United States District Judge